IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:19-CV-70-FL

| | |
|---|---|
| MARCUS M. CORLEY, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| STATE OF SOUTH CAROLINA DEPARTMENT OF SOCIAL SERVICES, | ) |
| Defendant. | ) |

This matter is before the court on the memorandum and recommendation ("M&R") of Magistrate Kimberly A. Swank, pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), wherein it is recommended plaintiff's action be dismissed for failure to prosecute. Plaintiff did not object to the M&R. The magistrate judge determined plaintiff failed to comply with the court's order dated April 19, 2019, directing plaintiff to cure deficiencies in his application to proceed in forma pauperis. Upon careful review of the M&Rs and the record generally, finding no error in this determination, the court ADOPTS the findings and recommendations of the magistrate judge. Plaintiff's case is DISMISSED for failure to prosecute. The clerk is DIRECTED to close this case.

SO ORDERED, this the 1st day of July, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge